3:05mj270

**330596**
**STATEMENT OF PROBABLE CAUSE**
(for issuance of an arrest warrant or summons)

I state that on 5/27/2000 while exercising my duties as a law enforcement officer in the Northern District of Florida

I OBSERVED PAUL T. JONES OPERATING A 1984 DODGE PICKUP TRUCK WHILE UNDER THE INFLUENCE OF ALCOHOL. JONES WAS BROUGHT TO ST JOE SITE WHERE HIS B.A.C. .27 @ .29 & IS CONSIDERED INTOX IN THE STATE of FL.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 5/27/2000     [signature]
             Date          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____     _____
             Date           U.S. Magistrate Judge

---

**P330596**

**United States District Court**
**Violation Notice**

Loc. Code: NF2
Violation No.: P 330596
Print Officer Name: J Hughes
Officer No.: #7387

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION
Date and Time of Offense: 5-27-2000 1325
Offense Charged: 36 CFR 4.23(a)
Place of Offense: FORT PICKENS Langdon BEACH
Offense Description: DUI .27 @ .29

Defendant's Last Name: Jones
First Name: Paul
Street Address: 423 Asa Court
City: Smyrna   State: TN   Zip: 37167
D.L. State: TN
Date of Birth: 1-17-49
Social Security Number: 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
Driver's License No.: 093069528

VEHICLE DESCRIPTION
Vehicle Tag No.: CPT188   Tag State: TN   Year: 84
Vehicle Make: Dodge   Color: White

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.
___ I wish to terminate this matter by paying the collateral shown below, enclosed.
___ I plead not guilty and promise to appear as required.

YOUR COURT DATE: July 19   Time: 0830

Collateral: Mand
Original - CVB Copy

Physical Description:
Sex: M  Race: W  Height: 5'11  Weight: 175  Hair: Brn  Eyes: Brn
(Circle One) Adult / Juvenile

Weather Conditions: Clear / Light / Cloudy / Rain / Snow / Ice / Fog
Traffic Conditions: Light / Medium / Heavy

NPS Form 10-50, Rev. 5/97

330597

**STATEMENT OF PROBABLE CAUSE**
(for issuance of an arrest warrant or summons)

I state that on May 27, 2000 while exercising my duties as a law enforcement officer in the Northern District of Florida

I OBSERVED PAUL Thomas JONES OPERATING A 1984 Dodge Pickup Truck Driving OVER the Center Line, into Oncoming lane of travel and making very wide right hand turns. SUBJECT was not staying in his lane of travel.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 5/27/2000
Date         Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:
Date         U.S. Magistrate Judge

---

#2361

**United States District Court**
**Violation Notice**

Loc. Code: NF2
Violation No.: P 330597

P330597

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION:

Date and Time of Offense: 5-27-2000 / 1325
Offense Charged: 36 CFR 4.22(b)(1)
Place of Offense: Fort Pickens Langdon Beach
Offense Description: Unsafe Operation

Print Officer Name: J Hughes
Officer No.: #1319

Defendant's Last Name: Jones
First Name: Paul
M.I.: T

Street Address: 423 Asa Court
City: Smyrna
State: TN
Zip Code: 37167
D.L. State: TN
Date of Birth: 11-17-49
Social Security Number: 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

Driver's License No.: 093069508

**VEHICLE DESCRIPTION**

Vehicle Tag No.: CPT186
Vehicle Tag State: TN
Year: 84
Vehicle Make: Dodge
Vehicle Color: White

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.
___ I wish to terminate this matter by paying the collateral shown below, enclosed.
___ I plead not guilty and promise to appear as required.

**YOUR COURT DATE**

Court Address:
Date: July 19
Time: 0830

Collateral (fine): None
For payment by credit card, SEE INSTRUCTIONS.
Original - CVB Copy

**Physical Description**
Sex: M   Race: W   Height: 5'11   Weight: 175   Hair: Brown   Eyes: Brown   (Circle One) Adult / Juvenile

Weather Conditions: Clear / Light / Cloudy / Rain / Snow / Ice / Fog
Traffic Conditions: Light / Medium / Heavy

NPS Form 10-50, Rev. 5/97